## SOMERVILLE v. ACACIA MUT. LIFE INS. CO.

No. 8864.

United States Court of Appeals District of Columbia.

June 4, 1945.

Mr. James W. Somerville, pro se.

Messrs. Roger J. Whiteford and John J. Wilson, both of Washington, D. C., for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

One part of the language on which the plaintiff relied in this action for libel was incapable of a defamatory meaning. The other part was obviously true. Regardless of the defense of privilege, therefore, the District Court was right in directing a verdict for the defendant. Meyerson v. Hurlbut, 68 App.D.C. 360, 362, 98 F.2d 232, 118 A.L.R. 313; Sullivan v. Meyer, 67 App. D.C. 228, 91 F.2d 301; cf. Sullivan v. Meyer, 78 U.S.App.D.C. 367, 141 F.2d 21.

Affirmed